## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

NETCHOICE,

PLAINTIFF,

v.

LIZ MURRILL, et al.,

DEFENDANTS.

Civil Action No. 3:25-cv-231

Judge: JWD - RLB

## DEFENDANTS' NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a), Defendants Attorney General Liz Murrill and Director Mike Dupree hereby appeal to the United States Court of Appeals for the Fifth Circuit this Court's March 18, 2026, Ruling (ECF No. 92) on Defendants' Motion for Review (ECF No. 89) of the Magistrate Judge's Order to the District Court Judge (ECF No. 85), denying in part Defendants' Motion to Exclude Dr. Anthony Bean and request for reasonable fees and costs (ECF No. 42), and all earlier orders subsumed within the ruling denying the motion for review.

Dated: April 17, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General


 /s/ *Zachary Faircloth*
ZACHARY FAIRCLOTH (La #39875)
 Principal Deputy Solicitor General
 /s/ *Elizabeth L. Brown\**
ELIZABETH L. BROWN
 Assistant Solicitor General
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 North Third Street
Baton Rouge, LA 70802
Telephone:  (225) 421-4088
Facsimile:  (225) 326-6795
FairclothZ@ag.louisiana.gov
BrownE@ag.louisiana.gov

\**admitted pro hac vice*

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

> */s/ Elizabeth L. Brown\**
> ELIZABETH L. BROWN
>
> *\*admitted pro hac vice*